## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                                    Civil No. 06-cv-276-PB

J. Eugene Felch, IV
Iwonna A. Felch

### REPORT AND RECOMMENDATION

The government proved by proffer that it is owed

$1,005,337.53 for past taxes as of the judgment of November 26,

2007 plus interest accruing from that date.

I recommend that the court enter the attached "Final and

Default Judgment and Order for a Judicial Sale."

Any objections to this Report and Recommendation must be

filed within ten (10) days of receipt of this notice.  Failure to

file objections within the specified time waives the right to

appeal the district court's order.  See Unauthorized Practice of

Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United

States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

James R. Muirhead
United States Magistrate Judge

Date: April 7, 2008

cc:   Alex T. Case, Esq.
      James E. Brown, Esq.
      J. Eugene Felch, IV, pro se
      Iwonna A. Felch, pro se