UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                     Case No. 06-cv-276-PB

<u>J. Eugene Felch, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 7, 2008.

SO ORDERED.

May 7, 2008
                                          /s/ Paul Barbadoro
                                          _____
                                          Paul Barbadoro
                                          United States District Judge

cc:    James Brown, Esq.
       J. Eugene Felch