IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 1:06cv276 |
| v. ) | |
| ) | Judge Paul J. Barbadoro |
| J. EUGENE FELCH, IV, et al., ) | Magistrate Judge James R. Muirhead |
| ) | |
| Defendants. ) | |

ORDER CONFIRMING SALE
AND DIRECTING DISTRIBUTION OF SALE PROCEEDS

Plaintiff United States of America has requested an Order confirming the sale of one (1) parcel of real property located at located at 5 Forbush Rd., Dublin, NH, in Cheshire County, New Hampshire (the "Property") and directing the Clerk of Court to distribute sale proceeds.

IT IS THEREFORE ORDERED THAT the sale of the real property, identified as located at 5 Forbush Rd., Dublin, NH, in Cheshire County, New Hampshire and legally described as follows:

      A certain tract of land, with the buildings thereon, situated on the northerly side of Craig Road and the westerly side of Forbush Road in the Town of Dublin, County of Cheshire and State of New Hampshire, bounded and described as follows:
      Beginning at a drill hole set in the westerly side of Forbush Road at the northeasterly corner of the premises herein conveyed, being the southeasterly corner of Lot F as shown on the plan hereinafter mentioned;
      thence N. 60° 15' 36" W. five hundred and nine hundredths (500.09) feet, more or less, along Lot F to a drill hole set in a stone wall in the line of land now or formerly of Thomas Uhlig, et al., at the northwesterly corner of the premises herein conveyed;

      thence S. 32° 53' 41" W. two hundred and eight hundredths (200.08) feet, more or less, along said Uhlig land to a drill hole set at a corner of walls on the northerly side of Craig Road at the southwesterly corner of the premises herein conveyed;

      thence S. 60° 35' 25" E. one hundred sixty-seven and seventy-seven

hundredths (167.77) feet, more or less, along a stone wall to a drill hole set at the end of the wall;

thence S. 60° 01' 08" E. eighty-eight and sixty-six hundredths (88.66) feet, more or less, to a drill hole set at the end of a stone wall;

thence S. 60° 24' 19" E. two hundred fifty-one and eight hundredths (251.08) feet, more or less, along a stone wall to a drill hole; the last three courses being along the northerly side of Craig Road;

thence on the arc of a curve to the left, the radius of which is twenty-five (25.000) feet, a distance of forty-two and two thousand nine hundred fifty-nine ten thousandths (42.2959) feet, more or less, to an iron pipe in the westerly side of Forbush Road;

thence N. 22° 39' 49" E one hundred seventy-one and seventy-eight hundredths (171.78) feet, more or less, along the westerly side of Forbush Road, to the drill hole at the point of beginning.

Containing 2.36 acres, more or less.

Being Lot G as shown on a plan entitled "Subdivision Plan of Land Located on Forbush Road and Craig Road, Dublin, N.H., Scale 1 inch = 50 feet, Nov. 20, 1985", Survey and Plan by William A. Bean, Jr., L.L.S., Surveyed for Carl Niemela and Marsha Niemela, recorded in Cab. 7-12 of the Chesire County Registry of Deeds.

to Marvin Smith for the sum of $185,000 is HEREBY CONFIRMED. The IRS shall issue a deed for the Property.

IT IS FURTHER ORDERED THAT the proceeds of the sale should be distributed as follows:

1. To PALS for the costs of the judicial sale in the amount of $2,848.77

   Tim Smith, Property Appraisal & Liquidation Specialist
   Internal Revenue Service
   60 Quaker Lane
   Warwick, RI 02886

2. To the Town of Dublin Clerk/Collector for property taxes owing for 2007-2010 in the amount of (calculated to 8/31/2010) $25,344.95

   Town of Dublin Clerk/Collector
   P.O. Box 62
   Dublin, NH 03444

3. To the United States Department of Justice

|  |  |
|---|---|
| (payable to the United States Treasury) for the federal income tax liabilities of J. Eugene Felch IV for the years 1987, 1988, 1992-1994, 1997, and 1998 in the amount of | $156,806.28 |

William E. Thompson,
Department of Justice, Tax Division, Office of Review
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044

Dated this __4__ day of ~~July, 2010.~~ August, 2010

/s/ Paul Barbadoro
UNITED STATES DISTRICT COURT JUDGE